IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06–45–M–DWM–2 |
| Plaintiff, | |
| vs. | ORDER |
| DAMIEN ALLEN NICKERSON, | |
| Defendant. | |

An amended judgment reducing the defendant's restitution obligation having been contemporaneously entered and the monetary judgment in the above-entitled case having been paid, (*see* Docs. 118, 121),

IT IS ORDERED that the defendant's restitution obligation is DEEMED satisfied. The Clerk is authorized and empowered to satisfy and cancel the judgment of record as to the monetary judgment of record imposed by this Court.

DATED this 9th day of April, 2018.

Donald W. Molloy, District Judge
United States District Court